## ATTACHMENT B "REDACTED"

### Particular Things to be Seized

I.   **Information to be disclosed by Golden West Technologies**

    A. Subscriber information, Account Notes, Secondary and associated e-mail accounts;

    B. The contents of all electronic mail sent or received by the SUBJECT ACCOUNT From December 15, 2016 to current;

II.  **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 201 (Bribery), 1163 (Theft from an Indian Tribal Organization), 1341 (Mail Fraud), 1343 (Wire Fraud) and 1344 (Bank Fraud) involving Danny WHITE, and others, including information pertaining to the following matters:

    (a)    Records relating to who created, used, or communicated with the electronic mail account, including records about their identities and whereabouts;

    (b)    Communications between WHITE and others identified and not yet identified related to the construction of the elderly village;

    (c)    Communications between WHITE and others not yet identified, regarding enticement, coercion, recruitment, or attempts to commit violations of 18 U.S.C. §§ 201 (Bribery), 1163 (Theft from an Indian Tribal Organization), 1341 (Mail Fraud), 1343 (Wire Fraud) and 1344 (Bank Fraud);

(d)     Information relating to the transfer of items or money;

(e)     Information related to bank account records, wire transfer records, bank statements and records, money drafts, letters of credit, and financial transfers;

(f)     Information relating to or reflecting WHITE's purpose or motive for providing money or other assistance to individuals;

(g)     Information relating to or reflecting WHITE's understanding or belief regarding the purpose or end use to which his assistance would be put;

(h)     Information relating to or reflecting WHITE's understanding or belief regarding the location of potential coconspirators and/or potential victims;