UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

---

In the Matter of the Search Regarding   No. _1:18-mj-07_

18-047-01                                **SEARCH AND SEIZURE WARRANT "REDACTED"**

---

TO:   ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement officer or an attorney for the government requests the search of the email account of Danny White, fully described in Attachment A, attached hereto and incorporated herein by reference, hereinafter referred to as "SUBJECT ACCOUNT."

I find that the affidavit, or any recorded testimony, establish probable cause to search the SUBJECT ACCOUNT, and that such search will reveal evidence of violations of violations of Title 18 United States Code §§ 201, 1163, 1341, 1343, and 1344  namely:  that fully described in Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before May 15, 2018 _____ (not to exceed 14 days)
☒ in the daytime - 6:00 a.m. to 10:00 p.m.
☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the undersigned Judge.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized,
☐ for _____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

May 1, 2018  1:29 PM _____ at Aberdeen, South Dakota
Date and Time Issued

_____
WILLIAM D. GERDES
UNITED STATES MAGISTRATE JUDGE